MJStar Reporting: INITIAL APPEARANCE, Length of Hearing(minutes): __10 min__ ~ 20 min
ARRAIGNMENT, Length of Hearing (minutes): __10 min__

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

United States of America

v.   Case No.: 2:23CR00001-01 DPM

Thomas David Carruth

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 05 2023
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

## PLEA AND ARRAIGNMENT REPORT

Plea Date: __1/5/2023__
Continued Until: _____
Reason for continuance _____

Deft is __X__ is not ____ in custody
____ Deft did not appear
____ Clerk to issue warrant

### COUNSEL

Assistant U. S. Attorney: __J. William Crow__ along with Lauren Slater (DOJ)
Defense Counsel: __Robby Golden__ (Appointed / **Retained**)
Interpreter's Name: _____

### PLEA

TRIAL BEFORE DISTRICT COURT

Not Guilty __X__
Guilty (indicates desire) _____
Nolo Contendere (desire) _____

CONSENTS TO TRIAL BEFORE MAGST.

Not Guilty _____
Guilty _____
Nolo Contendere _____

__X__ Demands Trial by Jury

____ Waives Jury Trial
Deft agrees _____
Govt agrees _____

### BAIL

Bail Set at: _____ By: _____ Date: _____
release on pretrial conditions

Bail Changed to: _____ By: _____ Date: _____

Number of Days estimated for Trial: **3 days**
Estimated Trial Date: **2/27/2023 @ 9:30 a.m., before the Honorable Judge D.P. Marshall Jr. in Room 314. All Pretrial Motions to be filed within the time specified within the Pretrial Discovery Order, to be entered forthwith.**

Other: _____

DATE: __1/5/2023__     SO ORDERED: _____
U. S. MAGISTRATE JUDGE