IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

UNITED STATES OF AMERICA                        PLAINTIFF

V.                Case No. 2:23-cr-0001-DPM

THOMAS DAVID CARRUTH                        DEFENDANT

### ORDER

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to disclose to Defendant all exculpatory evidence—that is evidence that favors Defendant or casts doubt on the United States' case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny—and ORDERS the United States to do so. Failure to disclose exculpatory evidence to the defense in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court.

SO ORDERED this 5th day of January, 2023.

_____
UNITED STATES MAGISTRATE JUDGE