IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

V.                              2:23-CR-0001-DPM

THOMAS DAVID CARRUTH                                        DEFENDANT

## NOTICE OF PUBLIC AUTHORITY DEFENSE

Comes Thomas David Carruth, through his attorneys, Robert Golden and Jeff Rosenzweig, and for his Notice of Public Authority Defense states:

1. Although the defense believes that this Notice is not applicable to the situation presented in this case, it is being made out of an abundance of caution.

2. Pursuant to Rule 12.3 of the Federal Rules of Criminal Procedure, Carruth gives notice that his defense may include a defense of actual or believed exercise of public authority on behalf of a law enforcement agency at the time of the alleged offense. Specifically, he believed that as a public official he had an obligation to follow up on any actual or perceived violations of the law by persons who approached him in his capacity as a public official. His contacts with the government witness accusing him of misconduct were for that purpose.

THOMAS DAVID CARRUTH

R<small>OBERT</small> M. G<small>OLDEN</small>
Robert M. "Robby" Golden
AR Bar No. 2003134
3700 Cantrell Road, Suite 102
Little Rock, Arkansas 72202
(501) 372-8600
(888) 830-6252 facsimile
Attorney.robby.golden@gmail.com

J<small>EFF</small> R<small>OSENZWEIG</small>
Ark. Bar No. 77115
300 Spring St., Suite 310
Little Rock, AR 72201
(501) 372-5247
(501) 376-0770 (fax)
jrosenzweig@att.net

*Attorneys for Defendant*