**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**UNITED STATES OF AMERICA**                                                 **PLAINTIFF**

**v.**                           **2:23-cr-00001-DPM-01**

**THOMAS DAVID CARRUTH**                                       **DEFENDANT**

**MOTION TO BE RELIEVED AS ATTORNEY OF RECORD**

COMES NOW, undersigned counsel, and for his Motion to be relieved as Attorney of Record states as follows:

1. Undersigned counsel was retained to represent defendant and represented defendant through the trial of this matter.

2. Pursuant to Carruth's wishes, undersigned counsel requests that the court relieve him of any further representation of Carruth.

3. Mr. Jeff Rosenzweig was also retained to represent Carruth and will remain his counsel through sentencing should undersigned counsel be relieved.

4. A copy of this motion will be served on Mr. Rosenzweig via ECF. A copy of this motion will be served on Carruth via email.

WHEREFORE, undersigned counsel respectfully requests that he be relieved as an attorney of record for defendant.

Respectfully submitted,

_____
Robert M. "Robby" Golden
Bar No. 2003134
3700 Cantrell Road, Suite 102
Little Rock, AR  72202
(501) 372-8600
(888) 830-6252 *facsimile*

Attorney.robby.golden@gmail.com

## CERTIFICATE OF SERVICE

I, Robby Golden, hereby certify that this Motion was filed via ECF and will be served on accordance with electronic filing requirements:

Mr. Nicholas Cannon
AUSA

Ms. Madison Mumma
AUSA

Ms. Julie Peters
AUSA

_____
Robert M."Robby" Golden, No. 2003134