IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

UNITED STATES OF AMERICA                        PLAINTIFF

v.                       No. 2:23-cr-1-DPM

THOMAS DAVID CARRUTH                       DEFENDANT

ORDER

Was there sufficient evidence to support Carruth's conviction for lying to the FBI? He was recorded asking Courtney Mason for sex. About two weeks later, he was recorded telling Special Agent Wood and Special Agent Pickett that he never asked Mason for sex. Whether Carruth sought sexual favors from Mason in return for expediting her boyfriend's criminal case, which was pending before Carruth, was a material fact in the FBI's investigation of alleged judicial corruption, a matter within the FBI's jurisdiction. This evidence, coupled with other facts of record, was more than sufficient to prove beyond a reasonable doubt to a reasonable-minded jury that Carruth violated 18 U.S.C. § 1001. *United States v. Trejo*, 831 F.3d 1090, 1093-94 (8th Cir. 2016).

Carruth argues that his acquittal on the other seven counts and his conviction on the count about lying during the investigation were inconsistent. He acknowledges that precedent is against him. It is, and

strongly so. *E.g., United States v. Powell*, 469 U.S. 57, 64–65 (1984); *United States v. Opare-Addo*, 486 F.3d 414, 416 (8th Cir. 2007); *United States v. Whatley*, 133 F.3d 601, 606 (8th Cir. 1998); *United States v. Finch*, 16 F.3d 228, 231 (8th Cir. 1994); *United States v. Williams*, 923 F.2d 115, 116 (8th Cir. 1991). The considered decision of the twelve citizens who heard all the evidence, deliberated long, and rendered verdicts on whether the government had proved beyond a reasonable doubt each element of each crime charged should be accorded great respect. Moreover, this Court sees no inconsistency. The various bribery-related crimes charged in the other counts contained different elements, which involved matters legally complex and factually murky. The tape recordings, though, left little room for doubt.

\*

Carruth's Federal Rule of Criminal Procedure 29(c) motion for judgment of acquittal on count eight, *Doc. 113*, is denied.

So Ordered.

*[signed]* WPMarshall Jr.
D.P. Marshall Jr.
United States District Judge

1 November 2024