IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                       No. 2:23-cr-1-DPM

THOMAS DAVID CARRUTH                                        DEFENDANT

ORDER

The joint report, *Doc. 141*, is noted. The Court appreciates the parties' good work in identifying an issue that is best resolved before the sentencing hearing.

The government attached to its sentencing memorandum testimony from four women who say that Carruth propositioned them for sex in exchange for legal services or preferential treatment during his time as a prosecutor and State District Court Judge. Carruth disputes these allegations and asks that the Court not consider them at sentencing.

The Court's task is to determine the just and fair sentence for Carruth considering him as a whole person. 18 U.S.C. 3553(a). These allegations inform that analysis. And they're reliable enough to be admissible at a sentencing hearing. The allegations were made to the Judicial Discipline and Disability Commission during its investigation of then-Judge Carruth. At least three of the statements were made under oath. *Gov. Exs. A, C & D*. And the alleged behavior described is

consistent with what the Court heard on tape at trial. The Court will therefore consider the allegations at sentencing. *United States v. Hogue*, 66 F.4th 756, 764-65 (8th Cir. 2023).

The Court moves up the start time of the hearing to 10:00 a.m. on May 19th. Each side will have two hours for direct and cross examination of all witnesses. That time limit does not apply to allocution, victim impact statements, or argument from counsel. It will be strictly enforced. Carruth may submit evidence—including but not limited to sworn declarations or affidavits—for the Court to consider before the hearing. The Court encourages this kind of submission; it would allow everyone to use the hearing time effectively and efficiently. If he chooses to submit evidence in advance, Carruth must do so by noon on May 14th.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

1 May 2025